UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                          :
RAMADA FRANCHISE                          :
SYSTEMS, INC.,                            :
                                          :
      Plaintiff(s),                     :   CIVIL ACTION NO. 03-592 (JCL)
                                          :
      v.                                :   **MEMORANDUM & ORDER**
                                          :
SHALOM HOSPITALITY, INC.,                 :
et. al.,                                  :
                                          :
      Defendant(s).                     :
_____            :

**LIFLAND, District Judge**

    Before the Court is Magistrate Judge Falk's August 31, 2005 Report and Recommendation (R&R) recommending that Ramada Franchise Systems, Inc.'s ("Plaintiff") motion to enter final judgment by default against Shalom Hospitality, Sebastian Pulikanikal, and Loociamma Sebastian ("Defendants") be granted. Neither party has filed an objection to the R&R.

    The Court adopts Judge Falk's R&R in its entirety. Plaintiff's motion is granted for the reasons articulated by Judge Falk.

    Accordingly, **IT IS** on this 16th day of September, 2005,

    **ORDERED** that Magistrate Judge Falk's Report and Recommendation dated August 31, 2005 is adopted and Plaintiff's motion to enter final judgment by default

against the Defendants is granted; and it is further

**ORDERED** that default judgment be entered against Defendants, Shalom Hospitality, Inc., Sebastian Pulikanikal, and Loociamma Sebastian, jointly and severally, in the amount of $544,537.73.

/s/ John C. Lifland, U.S.D.J.